UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Chloe Liebold, *et al.*,                                                    Case No. 3:20-cv-498

           Plaintiffs,

   v.                                                                                  JUDGMENT ENTRY

Cedar Fair Entertainment
Company, *et al.*,

           Defendants.

     For the reasons stated in the Memorandum Opinion and Order filed contemporaneously, I the motions of Plaintiffs Chloe Liebold, Brittany Bowers, and Bryce Vanderwall to strike certain exhibits, (Doc. No. 33), and for leave to file a third amended complaint. (Doc. No. 32). I grant the motion of Defendants Cedar Fair L.P. and Magnum Management Corporation for judgment on the pleadings. (Doc. No. 28). I deny as moot the motion of Defendants Richard A. Zimmerman, Daniel J. Hanrahan, Matthew Ouimet, Tim V. Fisher, and Brian Witherow to dismiss for failure to state a claim. (Doc. No. 26).

     So Ordered.

                                                           s/ Jeffrey J. Helmick
                                                           United States District Judge